1  Robert J. Kane SBN 50856
   rkane@stuartkane.com
2  STUART KANE LLP
3  620 Newport Center Drive, Suite 200
   Newport Beach, CA 92660
4  Telephone: (949) 791-5127
   Facsimile: (949) 791-5227
5

6  Max Fischer SBN 226003
   mfischer@sidley.com
7  Sidley Austin LLP
   555 West Fifth Street
8  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
9  Facsimile: (213) 896-6600

10
   Attorneys For Petitioners
11 ACCENTCARE, INC. and ACCENTCARE OF CALIFORNIA, INC.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
15 ACCENTCARE, INC. and ACCENTCARE OF ) Case No. _____
   CALIFORNIA, INC.,                 )
                                     ) NOTICE OF PENDENCY OF OTHER
16         Petitioners,              ) ACTION OR PROCEEDING
                                     )
17                                   ) [Petition Filed: March 9, 2015]
                                     )
18 vs.                               )
                                     )
19 DEANNE ECHEVARRIA and ROBIN GAIL  )
   HAYES,                            )
20                                   )
           Respondents.              )
21                                   )
                                     )
22 ─────────────────────────────────

23
24
25
26
27
28

Pursuant to Local Rule 3-13, Petitioners AccentCare, Inc. ("AccentCare") and AccentCare of California, Inc. ("AccentCare of CA," and, together with AccentCare, "Petitioners") hereby give notice that the above-captioned action involves a material part of the same subject matter and overlapping parties as the prior proceedings entitled *Echevarria et al. v. AccentCare, Inc. and AccentCare of California, Inc.*, Case No. 3:15-cv-00676-EDL, that was filed in the Northern District of California (the "Initial Litigation"). Specifically, Respondents, in contravention of their binding individual arbitration agreements with Petitioners, initially filed a putative class action lawsuit in the Initial Litigation, asserting various claims under California law seeking overtime and other sums. Petitioners filed a Motion to Compel Individual Arbitration and Stay Proceedings in the Initial Litigation, but Respondents, in response thereto, filed a Notice of Voluntary Dismissal of their claims. Thereafter, Respondents, in further contravention of their binding individual arbitration agreements, filed a putative class action arbitration demand before the American Arbitration Association and communicated to Petitioners that they will be filing a separate lawsuit in state court alleging representative claims under California's Private Attorney General Act. In the above-captioned action, Petitioners again seek to compel Respondents to submit their California state law claims to individual arbitration.

Dated: March 9, 2015  Respectfully Submitted,

By: */s/ Max Fischer*
Robert J. Kane
Max Fischer
*Attorneys for Petitioners*