1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   ACCENTCARE INC., et al.,

10              Petitioners,                    No. C 15-01078 JSW

11      v.

12  DEANNE ECHEVARRIA, et al.,                  **ORDER STAYING MATTER**
                                                **PENDING APPEAL**
13              Respondents.
    _____/
14
15          On June 2, 2015, Petitioners filed a notice of appeal of this Court's order denying the

16  motion to compel individual arbitration.  "Once a notice of appeal is filed, the district court is

17  divested of jurisdiction over the matter being appealed."  *Natural Resources Defense Council,*

18  *Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (citing *Griggs v. Provident*

19  *Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam); *McClatchy Newspapers v.*

20  *Central Valley Typographical Union No. 46*, 686 F.2d 731, 734 (9th Cir. 1982)).  This rule "is

21  designed to avoid the confusion and inefficiency of two courts considering the same issues

22  simultaneously."  *Masalosalo by Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 956 (9th Cir.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

United States District Court
For the Northern District of California

1983).  The matter on appeal is the sole issue raised by the Petition.  Therefore, in the interests of judicial economy, the Court HEREBY STAYS this matter pending the interlocutory appeal.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California