UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCENTCARE, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EBONY JACOBS,<br><br>　　　　Defendant. | Case No. 15-cv-03668-RS<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: 15-cv-01078-JSW, 15-cv-03304-JSW |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether it is related to *AccentCare, Inc., et al. v. Echevarria, et al*, 15-cv-01078-JSW, and/or *McNeal v. AccentCare, Inc. and AccentCare of California, Inc.*, 15-cv-03304-JSW.

**IT IS SO ORDERED.**

Dated: August 24, 2015

RICHARD SEEBORG
United States District Judge